◼ SUSAN M. WEICHERT, Appellant, v COUNTY OF ONONDAGA et al., Respondents. [648 NYS2d 357] —Judgment unani-

mously affirmed with costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Judgment of Supreme Court, Onondaga County, Stone, J.—Declaratory Judgment.) Present—Pine, J. P., Fallon, Balio and Davis, JJ.